UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NELSON PAGE,                                    Case No. 05-74917
                                               DISTRICT JUDGE
                Plaintiff,                     ARTHUR J. TARNOW

v.                                             MAGISTRATE JUDGE
                                               PAUL KOMIVES
BLAINE LAFLER,

                Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 22], DENYING PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS [DE 1]

On July 26, 2007, Magistrate Judge Komives issued a Report and Recommendation recommending that Petitioner's Application for a Writ of Habeas Corpus be denied. Petitioner filed objections. The Court has reviewed the Report and Recommendation, Petitioner's objections, and the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Petitioner's Application for a Writ of Habeas Corpus is DENIED.

SO ORDERED.




                        S/ARTHUR J. TARNOW
                        Arthur J. Tarnow
                        United States District Judge

Dated: February 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 19, 2008, by electronic and/or ordinary mail.

                        S/THERESA E. TAYLOR
                        Case Manager